Lisa A. Maxfield · OSB 844337
Pacific Northwest Law, LLP
1100 SW Sixth Avenue, Suite 1600
Portland, Oregon 97204
t. 503.222.2661 · f. 503.222.2864
lamaxfield@pacificnwlaw.com

Attorney for Defendant Jacquinetta Suzette Leon

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JACQUINETTA SUZETTE LEON,<br><br>　　　　　Defendant. | 3:23-cr-00292-IM<br><br>DEFENDANT'S SENTENCING MEMORANDUM |

The Defendant, Jacquinetta Suzette Leon, will appear for sentencing on July 6, 2026 at 1:00 pm, upon her plea of guilty to Conspiracy to Distribute Methamphetamine. For reasons expressed in other sentencing materials, Ms. Leon respectfully requests this Court to impose a sentence of 24 months, a sentence that is "sufficient, but not greater than necessary" to satisfy the purposes of sentencing.

　　　　DATED this 1st day of July 2026.

　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　 Pacific Northwest Law, LLP

　　　　　　　　　　　　　　/s/ Lisa A. Maxfield
　　　　　　　　　　　　　　Lisa A. Maxfield · OSB 844337
　　　　　　　　　　　　　　Attorney for Defendant Jacquinetta Suzette Leon